IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| JENNY SHPIRT | § | |
| VS. | § | CIVIL ACTION NO. 1:11-CV-378 |
| MARCUS MARTIN | § | |

MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Petitioner Jenny Shpirt, proceeding *pro se*, filed this petition for writ of habeas corpus on behalf of her husband, Boris Shpirt, who is a prisoner at the Federal Correctional Complex in Beaumont, Texas.

The Court ordered that this matter be referred to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The Magistrate Judge recommends that the petition for writ of habeas corpus be dismissed for lack of standing.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record and the pleadings. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

O R D E R

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**. A final judgment will be entered in this case in accordance with the Magistrate Judge's recommendation.

So **ORDERED** and **SIGNED** this **21** day of **November, 2011.**

_____
Ron Clark, United States District Judge